IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRI GASTON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-10-CV-2619-M |
| | § | |
| DALLAS METROCARE SERVICES | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

The United States Magistrate Judge made Findings and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings and Recommendation of the United States Magistrate Judge.

SO ORDERED this 5th day of July, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS